# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Bryan Lewis<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:18mj157 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Bryan Lewis                                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

18 USC, 1365, Tampering With a Consumer Product, that is, with reckless disregard for the risk that another person will be placed in danger of death or bodily injury and under circumstances manifesting extreme indifference to such risk, to tamper with any consumer product that affects interstate or foreign commerce, or the labeling of, or container for, any such product, or attempt to do so.

Date:     09/26/2018

*Issuing officer's signature*
Pamela Meade Sargent USMJ
~~Darren Petri, Special Agent, FDA/OCI~~

City and state:     Abingdon, VA

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date:  _____                                                                _____<br>                                                                                                                  *Arresting officer's signature*<br><br>                                                                                                                   _____<br>                                                                                                                  *Printed name and title* |