ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

107 01205
1884-0927-2921-J

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 21 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Bryan Lewis | ) Case No. 1:18mj 157 |
|  | ) |
|  | ) |
| Defendant | ) |

RECEIVED
SEP 27 2018
U.S. MARSHAL
ABINGDON, VA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Bryan Lewis                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 USC, 1365, Tampering With a Consumer Product, that is, with reckless disregard for the risk that another person will be placed in danger of death or bodily injury and under circumstances manifesting extreme indifference to such risk, to tamper with any consumer product that affects interstate or foreign commerce, or the labeling of, or container for, any such product, or attempt to do so.

Date:     09/26/2018

*Pamela Meade Sargent*
*Issuing officer's signature*
Pamela Meade Sargent USMJ
Darren Petri, Special Agent, FDA/OCI
*Printed name and title*

City and state:     Abingdon, VA

| Return |
|---|
| This warrant was received on *(date)* 9/27/18 , and the person was arrested on *(date)* 11/14/18 at *(city and state)* W VA . |
| Date:   11/14/18 |

*Arresting officer's signature*

HSDUSM Satterwhite FOR FDA
*Printed name and title*