# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>BRYAN WADE LEWIS<br>_Defendant's name_ | )<br>)<br>)<br>) Case No. 7:19-CR-00011<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

- [✔] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice
- [ ] Order of Court

| Place: US District Court, 210 Franklin Road, SW<br>Roanoke, VA  24011 | Courtroom No.: R3 |
|---|---|
| | Date and Time: 2/7/2019 at 2:00pm |

This offense is briefly described as follows:

18:1365A.F - ATTEMPT TO TAMPER WITH CONSUMER PRODUCT

Date: 1/28/2019

_Issuing officer's signature_

Robert S. Ballou, United States Magistrate Judge
_Printed name and title_

## Proof of Service

This summons was received by me on _(date)_ _____.

- [ ] I personally served the summons on this defendant _____ at _(place)_ _____ on _(date)_ _____ ; or

- [ ] On _(date)_ _____, I left the summons at the defendant's residence or usual place of abode with _(name)_ _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

- [ ] The summons was served via certified mail; or

- [ ] The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: _____

_Server's signature_

_Printed name and title_

Remarks: