FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.

Bryan Wade Lewis

CASE NO.: 719CR11
DATE: 2/7/19

TYPE OF HEARING: IA/APR

*************************************************************************

PARTIES:

1. Robert S. Ballou
2. Randy Ramseyer AUSA
3. Tony Anderson, ret.
4. Bryan Lewis, deft.
5. Mike Jung USPO
6.
7.
8.
9.
10.

*************************************************************************

Recorded by: K. Brown

Time in Court: 6 m

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:14 | 1 | | 3 | | | | | | |
| | 4 | 2:20 | 1 | | | | | | |
| | 1 | | | | | | | | |
| | 3 | | | | | | | | |
| 2:16 | 1 | | | | | | | | |
| 2:17 | 2 | | | | | | | | |
| | 4 | | | | | | | | |
| 2:18 | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| 2:19 | 1 | | | | | | | | |
| | 5 | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| 2:19 | 1 | | | | | | | | |
| | 2 | | | | | | | | |